**FILED**
August 20, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: kk
DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

United States of America
v.
STEPHEN HOWE
Defendant(s)

Case No. **1:26-MJ-810**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 16, 2026 in the county of Travis in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Section 2261A(2) | Cyberstalking |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

James H. Hicks, FBI Special Agent
*Printed name and title*

Sworn to me by telephone under Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: August 20, 2026

[signature]
*Judge's signature*

City and state: Austin, Texas

Mark Lane, United States Magistrate Judge
*Printed name and title*

**FILED**
August 20, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: kk
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>STEPHEN HOWE | Case No. **1:26-MJ-810** |

**AFFIDAVIT IN SUPPORT OF**
**<u>CRIMINAL COMPLAINT AND ARREST WARRANT</u>**

I, James H. Hicks, Special Agent, FBI San Antonio, being duly sworn, hereby depose and state the following:

**<u>INTRODUCTION AND AGENT BACKGROUND</u>**

1. I make this affidavit in support of a criminal complaint and arrest warrant for STEPHEN HOWE (HOWE) for violation of 18 U.S.C. § 2261A(2), Cyberstalking.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since 2014. I have a total of approximately 23 years of law enforcement experience to include over 5 years as a police officer and 6 years as a US Border Patrol Agent. I am currently assigned to the San Antonio Field Office where I investigate criminal violations, including Interstate Threatening Communications. I have experience conducting federal criminal investigations, including threatening communications, drug offenses, organized crime, public corruption, violent crime, and national security. I have experience in interviewing and interrogation techniques, arrest procedures, surveillance, the execution of searches and seizures, tasking confidential human sources, and various criminal laws and procedures. I am authorized to investigate violations of the laws of the United States, and I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

3. This affidavit is being submitted for the limited purpose of obtaining a criminal complaint. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4. The statements in this affidavit are based on my investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that HOWE committed violations of 18 U.S.C. § 2261A(2) - Cyberstalking.

## **STATUTORY AUTHORITY**

5. Title 18, United States Code, § 2261A(2) states, "Whoever with the intent to kill, injure, harass, intimidate…another person, uses the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that (A) places that person in reasonable fear of the death of or serious bodily injury to a person…or (B) causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person…shall be punished as provided in section 2261(b) or section 2261B, as the case may be."

## **PROBABLE CAUSE**

6. Beginning on or about August 16, 2026, Victim 1 (V1), located in Austin, Texas, in the Western District of Texas, began receiving repeated direct messages via their Instagram account. The messages included the following:




7. One of the messages stated in part, "Imagine going outside. You can't because you should stay inside."

8. The messages relayed clear statements threatening to kill V1 and multiple members of V1's immediate and extended family.

9. V1 stated he received the repeated messages over a period of multiple hours – between approximately 1:00 a.m. and 3:00 a.m. on the date the messages were received.

10. When V1 checked his Instagram account on or about the afternoon of August 16, 2026, V1 was alarmed. V1 has received messages with threats before, but the repeated and graphic nature of the messages was very disturbing to V1. V1 noted that the messages stating that V1 could not go outside were particularly alarming and made V1 feel as though he might be under surveillance by the individual who sent the messages.

11. V1, in fear of death or serious bodily injury to him or his family, placed and kept his firearm in close proximity for the remainder of the day.

12. V1 did not know who the individual sending the messages was. V1 has had no prior interaction with the individual and did not recall any confrontations with anyone that may have led to the messages.

13. V1 provided screen shots of the messages. A review of the screen shots identified the sender account's screen name was "stephen howe" with a username: "showe6799" (Target Account).

14. On or about August 18, 2026, FBI began analysis of the Target Account and learned that the name and date of birth associated with the Target Account was Stephen Howe. Database checks based on the Target Account analysis led to the identification of HOWE as the user of the account. FBI was able to determine an address associated with HOWE as of August 2026, was less than 2 miles from V1's location at the time that he received the threats. Other records obtained by agents show that the Target Account was accessed via an IP address associated with HOWE's residence within approximately one day of V1's receipt of the threatening messages. The internet account associated with that same IP address is registered in HOWE's name and residence.

15. FBI assessed the threats to be credible, true threats due to HOWE's proximity to V1, the explicit and unambiguous nature of the threats, the statements about V1 not being able to go outside, and the fact that the threats did not appear to originate from an ongoing or personal dispute as V1 does not know HOWE.

16. On August 18, 2026, HOWE was arrested on state charges, provided his *Miranda* warnings, and admitted to agents that his Instagram account was in his name, Stephen Howe.

17. Instagram is an electronic communication service that serves as an electronic communication service and system of interstate commerce. HOWE, in sending repeated messages threatening to kill V1 and his family members and warning V1 about leaving his residence, placed V1 in reasonable fear of death or serious bodily injury to himself or a family member. Due to HOWE's actions, V1 experienced substantial emotional distress. HOWE's actions thus also caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to a person.

**CONCLUSION**

18. Based on my knowledge, training and experience, and the facts described herein, there is probable cause to believe that STEPHEN HOWE committed a violation of 18 U.S.C. §2261A(2).

Respectfully submitted,

James H. Hicks
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on ____August 20, 2026.

______________________________________

HONORABLE MARK LANE
United States Magistrate Judge