UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: AU:26-M -00810(1) |
| | § | |
| (1) Stephen Howe | § | |

**EXHIBIT LIST for PRELIMINARY / DETENTION HEARING held on August 26, 2026**

| Exhibit | Description | Date Admitted |
|---|---|---|
| Gov -1 | Instagram Messages | 8/26/2026 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |